**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:03-cr-184-T-30EAJ

JEREMIE JOHNSON
_____/

## ORDER

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses in many cases for eligible defendants sentenced on or after November 1, 2007. The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007. The Defendant in this case, having been sentenced prior to November 1, 2007, filed a motion *pro se* seeking a sentence reduction [Dkt. 501 ].

Defendant pled guilty to a one count superseding indictment alleging Conspiracy to Possess With the Intent to Distribute Five (5) Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base in violation of 21 U.S.C. § 846). The defendant was sentenced to a term of imprisonment of one hundred and twenty (120) months. The sentence imposed by the Court was the mandatory minimum imprisonment term required by statute. As the Court has sentenced the defendant to the shortest term of imprisonment permitted by statute, the defendant is considered ineligible for relief under Amendment. Therefore, a reduction in the Defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c) and is not

consistent with USSG §1B1.10.

IT IS therefore ORDERED and ADJUDGED that the Defendant's motion for a sentence reduction [Dkt. 501] is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 7, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Probation
Bureau of Prisons